SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN283471)
amargolies@lynberg.com
ANITA K. CLARKE (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants, County of San Bernardino, Sheriff Shannon Dicus, Captain Robert Trostle, Captain Gerald Davenport

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON "DAVID" WOOD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN BERNARDINO, a municipal corporation; OFFICER RUTHERFORD, an individual; OFFICER TUBBS, an individual; OFFICER KOEHN, an individual; OFFICER OH, an individual; SHANNON D. DICUS, an individual; ROBERT TROSTLE, an individual; GERALD DAVENPORT, an individual; COUNTY OF SAN BERNARDINO; and DOES 5-10, inclusive,<br><br>Defendants. | CASE NO. 5:23-cv-00925-JAK-AS<br><br>*Assigned for All Purposes to: Honorable John A. Kronstadt*<br><br>*Courtroom 10B*<br><br>**NOTICE OF SETTLEMENT AS TO COUNTY DEFENDANTS ONLY**<br><br>*Complaint filed: May 22, 2023*<br>*FAC filed: October 25, 2023*<br>*SAC filed: December 11, 2023*<br>*TAC filed: February 29, 2024* |

///

///

///

///

1

**NOTICE OF SETTLEMENT AS TO COUNTY DEFENDANTS ONLY**

# JOINT NOTICE OF SETTLEMENT

COME NOW, Defendant COUNTY OF SAN BERNARDINO, SHERIFF SHANNON DICUS, CAPTAIN ROBERT TROSTLE, AND CAPTAIN GERALD DAVENPORT ("County Defendants") by and through their undersigned counsel and Plaintiff DAMON WOOD ("Plaintiff"), an individual by and through his undersigned counsel, hereby submit the following Joint Notice of Settlement as to the County Defendants.

Plaintiff and County Defendants have reached a settlement in this matter and are currently working on executing the necessary settlement documents to finalize the settlement. The parties anticipate filing a Notice of Dismissal as to the County Defendants within the next 45 days.

**IT IS SO STIPULATED.**

DATED: April 11, 2024         **LYNBERG & WATKINS**
                              A Professional Corporation


                              By: */s/ Shannon L. Gustafson*
                              **SHANNON L. GUSTAFSON**
                              **AMY R. MARGOLIES**
                              **ANITA K. CLARKE**
                              Attorneys for County Defendants


DATED: April 11, 2024         **SKAPIK LAW GROUP**



                              By: */s/ Mark J. Skapik*
                              **MARK J. SKAPIK**
                              **MATTHEW T. FALKENSTEIN**
                              Attorneys for Plaintiff,
                              DAMON WOOD

All signatories listed, and in whose behalf the filing is submitted, concur in the filing's content, and have authorized filing.

DATED:  April 11, 2024

                                                   **LYNBERG & WATKINS**
                                                   A Professional Corporation


By: */s/ Shannon L. Gustafson*
     **SHANNON L. GUSTAFSON**
     **AMY R. MARGOLIES**
     **ANITA K. CLARKE**
     Attorneys for Defendants,
     COUNTY OF SAN BERNARDINO