**SKAPIK LAW GROUP**
Mark J. Skapik (SBN 164957)
Geralyn L. Skapik (SBN 145055)
Blair J. Berkley (SBN 222293)
Matthew T. Falkenstein (SBN 333302)
5861 Pine Avenue, Suite A-1
Chino Hills, California 91709
Telephone:  (909) 398-4404
Facsimile:    (909) 398-1883
Email: mskapik@skapiklaw.com, gskapik@skapiklaw.com, bberkley@skapiklaw.com, mfalkenstein@skapiklaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON "DAVID" WOOD, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAN BERNARDINO, a municipal corporation; OFFICER RUTHERFORD, an individual; OFFICER TUBBS, an individual; OFFICER KOEHN, an individual; OFFICER OH, an individual; and DOES 5-10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00925 JAK (ASx<br><br>[District Judge John A. Kronstadt]<br><br>[Magistrate Judge Alka Sagar]<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES** |

**TO THE HONORABLE COURT**:

　　PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a settlement of this entire case for a specified amount.  The settlement is between Plaintiff DAVID "DAMON" WOOD, by and through his undersigned counsel, and Defendants CITY OF SAN BERNARDINO, OFFICER RUTHERFORD, OFFICER TUBBS, OFFICER KOEHN, and OFFICER OH (collectively, "DEFENDANTS") and is conditioned only upon final approval of the settlement by the San Bernardino City Council.

Upon finalization of the settlement, the entire remaining case and the remaining Defendants shall be dismissed with prejudice.[1]  Finalization is expected to occur within 120 days.  The parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice within 10 days of receipt of the settlement funds.

Thus, the parties request and hereby stipulate that all hearing dates and deadlines be vacated and that all proceedings be stayed pending finalization of the settlement. Further, the parties request an order that by March 31, 2025, the parties shall file either (1) a stipulation and order for dismissal, or (2) a joint status report regarding settlement.

SKAPIK LAW GROUP

Dated: November 21, 2024        By:    */s/ Matthew T. Falkenstein*
                                       Mark J. Skapik
                                       Blair J. Berkley
                                       Matthew T. Falkenstein[2]
                                       Attorneys for Plaintiff
                                       DAMON "DAVID" WOODS

Dated:  November 21, 2024       LAWRENCE BEACH ALLEN & CHOI, PC

                                By:         /s/ Aamir Raza
                                       Paul B. Beach
                                       Aamir Raza
                                       Attorneys for Defendant
                                       CITY OF SAN BERNARDINO

---

[1] Prior Defendants County of San Bernardino, Shannon D. Dicus, Robert Trostle, and Gerald Davenport have been dismissed previously.  Dkt. No. 62.

[2] I, Matthew T. Falkenstein, hereby attest that all other signatories listed below, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing.