UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON "DAVID" WOOD, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SAN BERNARDINO, a municipal corporation; OFFICER RUTHERFORD, an individual; OFFICER TUBBS, an individual; OFFICER KOEHN, an individual; OFFICER OH, an individual; and DOES 5-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-00925 JAK (ASx)<br><br>**ORDER RE STIPULATION TO DISMISS SUIT WITH PREJUDICE AND WAIVING ATTORNEY'S FEES AND COSTS (DKT. 72)**<br><br>**JS-6 CASE CLOSED** |

/ / /

/ / /

/ / /

1

**ORDER**

The November 25, 2025 Order (Dkt. 71) was issued in error and is hereby **STRICKEN**.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to the Stipulation of the Parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), this case is dismissed in its entirety with prejudice, including all of Plaintiff's claims as to all current and former Defendants, as well as Defendants' past, present and future employers, supervisors, directors, attorneys, agents, subordinates, predecessors, and successors in interest and assigns, and all other persons, firms, or corporations with whom any of the former have been, are now, or may hereafter be affiliated.

IT IS FURTHER DECREED that each party has waived all claims for attorney's fees and costs under 42 U.S.C. § 1988 and any other provision of law.

**IT IS SO ORDERED.**

Dated: March 4, 2025

_____
JOHN A. KRONSTADT
United States District Judge

2